JAMES S. THOMSON
California SBN 79658
Attorney and Counselor at Law
732 Addison Street, Suite A
Berkeley, California 94710
Telephone: (510) 525-9123
Facsimile:  (510) 525-9124
Email: james@ycbtal.net

Attorney for Defendant
RAY'MON JESSIE SIMON

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　Plaintiff,<br><br>vs.<br><br>RAY'MON JESSIE SIMON, et al.<br><br>　　　Defendants. | Case No. 4:23-cr-00237-HSG-3<br><br>**AMENDED STIPULATION AND ORDER RE MODIFICATION OF RELEASE CONDITIONS TO PERMIT TRAVEL**<br><br>District Judge: Hon. Haywood S. Gilliam, Jr. |

　　　The parties hereby stipulate and agree that:

　　　1.　　On October 19, 2023, the parties filed a stipulation and proposed order regarding modification of Ray'mon Simon's release conditions to permit travel from October 29, 2023 to October 31, 2023.  Doc #39.  On October 20, 2023, this Court granted the stipulation.  Doc #41.

　　　2.　　Mr. Simon wishes to extend his return date to November 1, 2023.

　　　3.　　Mr. Simon will travel to the Milpitas, California area the morning of October 29, 2023 and returning the evening of November 1, 2023 for a wedding anniversary celebration.

4. United States Pretrial Services Officer Carolyn Truong has no objection to this request.

5. Assistant United States Attorney Alethea M. Sargent has no objection to this request.

6. Mr. Simon will provide a detailed itinerary to Officer Truong, including travel plans and hotel accommodations.

IT IS SO STIPULATED

DATED: October 24, 2023                Respectfully submitted,

*/s/ James Thomson*

JAMES THOMSON
Attorney for Ray'mon Simon

DATED: October 24, 2023                Respectfully submitted,

*/s/ Alethea M. Sargent*

ALETHEA M. SARGENT
Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>RAY'MON JESSIE SIMON, et al.<br><br>  Defendants. | Case No. 4:23-cr-00237-HSG-3<br><br>**ORDER RE AMENDED MODIFICATION OF RELEASE CONDITIONS TO PERMIT TRAVEL**<br><br>District Judge: Hon. Haywood S. Gilliam, Jr. |

Good cause having been shown, Ray'mon Simon's request to modify release conditions to permit travel to the Milpitas, California area leaving the morning of October 29, 2023 and returning the evening of November 1, 2023 is hereby GRANTED.

IT IS SO ORDERED.

Dated: October 24, 2023

_____
DONNA M. RYU
Chief Magistrate Judge