IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>RAY'MON JESSIE SIMON,<br><br>    Defendant.<br>_____ | **Case No. 4:23-cr-00237-HSG-3**<br><br>**ORDER GRANTING REQUEST TO APPEAR VIA ZOOM AT THE DECEMBER 11, 2024 STATUS CONFERENCE (as modified)**<br><br>Date:  December 11, 2024<br>Time:  2:00 P.M.<br>Place: Courtroom 2<br><br>Honorable Haywood S. Gilliam, Jr. |

Based upon the foregoing request, and good cause appearing therefore, IT IS HEREBY ORDERED that counsel for Ray'mon Simon, James Thomson, can appear at the December 11, 2024 status conference via Zoom. The CRD will e-mail counsel James Thomson the Zoom information.

IT IS SO ORDERED.

Dated: 12/6/2024

HAYWOOD S. GILLIAM, JR.
United States District Judge

2