JAMES S. THOMSON
California SBN 79658
Attorney and Counselor at Law
732 Addison Street, Suite A
Berkeley, California 94710
Telephone: (510) 525-9123
Facsimile:  (510) 525-9124
Email: james@ycbtal.net

Attorney for Defendant
RAY'MON JESSIE SIMON

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RAY'MON JESSIE SIMON, et al.<br><br>Defendants. | **Case No. 4:23-cr-00237-HSG**<br><br>**RAY'MON SIMON'S SENTENCING MEMORANDUM**<br><br>Date:  April 22, 2026<br>Time:  2:00 P.M.<br>Place: Courtroom 2<br><br>District Judge: Hon. Haywood S. Gilliam, Jr |

**I.      INTRODUCTION**

Ray'mon Simon respectfully submits the following sentencing memorandum for this Court's consideration in imposing the sentence in this matter.  Local Rule 32-5(b).

Based on the plea agreement entered into on November 6, 2024 (Doc #127), the final Presentence Investigation Report filed on April 8, 2026 (Doc #229), Mr. Simon's participation in the Leading Emerging Adults to Develop Success (LEADS) program, Mr. Simon's full acceptance of responsibility and admission of guilt for the crimes committed, and on the fact that he has profoundly learned from his wrongs and expressed deep and sincere remorse for his crimes, Mr. Simon requests that the Court impose an almost identical sentence to that recommended by the United States Probation Office.  Mr. Simon requests that the Court follow the recommendation of Probation in full, except that he be granted three years probation, not five.

Defendant Ray'mon Simon
Sentencing Memorandum

## II.     FINAL PRESENTENCE REPORT OBJECTIONS

Mr. Simon has no objections to the final Presentence Investigation Report.  Doc #229 at 25.

## III.    ADMISSION OF GUILT, ACCEPTANCE OF RESPONSIBILITY AND EXPRESSION OF REMORSE

Mr. Simon admits his guilt and accepts full responsibility for his crimes in this matter.  See November 6, 2026 Plea Agreement (Doc #127), paragraph 2; Presentence Report, Doc #229 at 10.  Regarding his admission of guilt, Mr. Simon provided the following statement to probation.

> I take full accountability and responsibility for the wrongs I have done. I know that robbing the stores was illegal and extremely harmful to the individuals involved and the community. When I look back at my actions, I see them for what they truly are, which was a reflection of my own immaturity, pain, and misguided thinking. I was wrong.

> As I reflected on everything, I've come to realize that my actions were not just crimes but also cries from someone who did not understand how to process their trauma. I was carrying unresolved pain and, instead of healing, I acted out. That does not make what I did right, and I am not using this as an excuse. I use this as a tool as part of my process to understand and grow. I know now that hurt people can hurt people. I want to sincerely apologize to the victims. I know I frightened them and left behind a long-lasting emotional scar. I carry that with me, and it is something I will never forget.

> I also apologize to my family and friends, who believed in me and raised me to do better, and they have to now share the burden of my mistakes. At the time, I was young, naive, and looking for a fast way out of a financially difficult situation. I chose what seemed like an easy path to quick money, not realizing that I was stepping into a cycle of harm and destruction toward others and myself. I understand now that there is no justification for what I did, no excuse that can erase the fear, trauma, and pain I caused to innocent people. The victims of my crimes were only trying to live their lives, work, and provide for their families. I violated their sense of safety. That thought alone haunts me every day. I intend on making monthly payments from my paycheck.

## IV.    CRIMINAL HISTORY

Mr. Simon had not committed any crimes, let alone serious crimes, let alone violent crimes in the past.  Doc #229 at 15.  He stands apart from the vast majority of defendants in the federal system.  His criminal history score is zero.  His criminal history category is I. *Id.*

In sum, Mr. Simon lived a law abiding life until the instant crimes.  He will continue to do so.

## V.    EDUCATION

In 2018, Mr. Simon graduated from McClymond's High School in Oakland, California.

Mr. Simon is currently enrolled the Culinary Arts Certificate Program at Laney College in Oakland, California.  He has completed 5 of the 39 units needed to graduate from the program.  His goal is to increase his class schedule in the future so as to complete the program as quickly as possible.

Mr. Simon never thought that he would be able to attend college courses.  He has never been so excited about learning and attending classes.  He believes he has found his calling, culinary arts, and is very set on pursuing this career.

## VI.    EMPLOYMENT

As an adult, even while fighting substance abuse and addiction, Mr. Simon maintained employment.  He has worked full time since the age of 18.

He worked at McDonald's as a cashier from 2018 to 2020.  He worked at Allied Universal Security Services as a Security Officer from 2020 to 2021.  He worked at Securitas Technology as a Security Officer from 2021 to 2022.  He worked at Safeway as a Deli Worker from 2023 to 2024.  He worked at Block by Block as a Security Officer from 2024 to 2026.

Mr. Simon is currently employed for Ahsing Solutions as an Ambassador.

## VII.    SUBSTANCE TREATMENT

As the Presentence Report details, Mr. Simon struggled with substance use and abuse beginning at the young age of 14 years old.

Mr. Simon has attended substance abuse treatment through the LEADS program and has found it very beneficial.  He is also subject to random urinalysis testing.  His last positive drug test was on April 23, 2024.  At sentencing, Mr. Simon's will have been sober for one year and 364 days.

Defendant Ray'mon Simon
Sentencing Memorandum

3

Mr. Simon wants to continue with drug treatment and counseling.  He requests the Court recommend that he be allowed to continue to participate in substance abuse treatment and counseling while on probation.

## VIII.  PHYSICAL AND MENTAL HEALTH

Mr. Simon is 25-years old.  He has numerous tattoos that are meaningful to him. None of the tattoos are gang affiliated.  Doc #229 at 17.

The Court and the government are aware of Mr. Simon's mental and emotional health issues.  Some of those issues are addressed in the Under Seal Status Conference Statement submitted on July 28, 2025.  Moreover, probation addresses these matters at length in the Presentence Investigation Report.  Doc #229, paragraphs 95-100, 104-106; Doc #229 at 27 (Justification).

## IX.  FUTURE PLANS

Regarding the future, Mr. Simon plans to continue working on his sobriety, mental health issues, and repairing his relationships with his friends and family, specifically with his mother.  He also wishes to travel and see more of the world and start a family.

Mr. Simon wants to complete school, become a private chef and hopes to open his own business.  He wants to continue working hard to become financially stable and to buy a home.

## X.  REQUESTED SENTENCE

The total offense level is 26.  Mr. Simon's criminal history category is I.  Probation recommends no custody time, no term of supervised release and five years probation. Probation wrote: "Statutory Provisions: Counts 1, 2, 7, and 8: The defendant is eligible for not less than one nor more than five years probation because the offense is a Class C Felony."  Doc #229 at 21.

As Probation wrote: "the Court could consider the defendant's lack of parental guidance as a child, his early onset of addiction, his employment history, his efforts to further his education, and the trauma the defendant endured throughout his childhood [ . . . ]."  Doc #229 at 24.

Defendant Ray'mon Simon
Sentencing Memorandum

4

Mr. Simon was granted pretrial release on August 24, 2023. He was accepted in the LEADS Program on November 6, 2024. As this Court is aware, Mr. Simon struggled early on in the program. However, over the past year, Mr. Simon has completely changed his efforts, attitude and developed a will to be a better person. Mr. Simon agrees with Probation's recommendation for no custody time and no term of supervised release. Mr. Simon requests the Court impose a three year probation term.

## XI.   CONCLUSION

Mr. Simon respectfully requests that he not be given a custodial sentence, and that he not be ordered to serve a period of supervised release. He requests that he be given three years of probation.

The sentence is sufficient, but not greater than necessary "to reflect the seriousness of the offence, to promote respect for the law, and to provide just punishment for the offense; to afford adequate deterrence to criminal conduct; to protect the public from further crimes of the defendant; and to provide the defendant with needed educational or vocational training, medical care, or other correctional treatment in the most effective manner." 18 U.S. Code § 3553(a)(2) (A-D).

Dated: April 14, 2026                     Respectfully Submitted,

                                          */s/ James Thomson*

                                          _____
                                          JAMES THOMSON
                                          Attorney for Ray'mon Simon

Defendant Ray'mon Simon
Sentencing Memorandum

5